AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:15mj-382 | 9/22/2015 - warrant served to Apple<br>10/7/2015 - Records received from Apple | N/A |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Electronic records from Apple for four accounts

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/6/2015

*Andrea R Kinzig*
Executing officer's signature

Andrea R Kinzig, Special Agent, FBI
Printed name and title